Magistrate Judge Karen L. Strombom



UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>BRENT LUYSTER,<br><br>Defendant. | NO. CR17-05314-1 BHS<br><br>**ORDER FOR AMENDED WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |

Based on the Application brought by the government:

IT IS ORDERED that a Writ of Habeas Corpus ad Prosequendum be issued to the Washington State Penitentiary at 1313 North 13th Avenue, Walla Walla, Washington 99632, to produce the above-named defendant to the United States Courthouse, 1717 Pacific Avenue, Tacoma, Washington, 98402-3200, at 1:30 p.m. on September 7, 2018.

DATED this 25th day of July, 2018.

Karen L. Strombom
United States Magistrate Judge

ORDER FOR WRIT OF HABEUS CORPUS - 1
CASE NO. CR17-05314-1 BHS/LUYSTER

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970